UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                Civil Action
                                                                                No: 05-10296-PBS

Helen Doona
Plaintiff

v.

Elaine Chao
Defendant

## NOTICE OF DEFAULT

      Upon application of the plaintiff for an Order of Default for failure of the defendant Elaine Chao, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant Elaine Chao has been defaulted on March 12, 2007.

                                                                            Sarah Thornton
                                                                            Clerk

                                                                      By: /s/ Robert C. Alba
                                                                          Deputy Clerk

Date: March 12, 2007

Notice mailed to counsel of record and defendant(s).