UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                                                           Civil Action
                                                                                                                                          No: 05-10296-PBS

Helen Doona
Plaintiff

v.

Elaine Chao
Defendant

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                                                       March 12, 2007

      On March 12, 2007, a notice of default was issued as to the defendant Elaine Chao pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before (30 days). Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                                                                       By the Court,

                                                                              /s/ Robert C. Alba
                                                                              Deputy Clerk