UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-10296-PBS

HELEN DOONA,
Plaintiff,

v.

ELAINE CHAO,
Defendant.

## ORDER OF DISMISSAL

SARIS, D.J.

      A Procedural Order with respect to the filing of motions for default judgment was issued on March 12, 2007. To date, no motion for default judgment has been filed notwithstanding the deadline.
      Accordingly, for failure to comply with the Procedural Order, it is hereby ORDERED that the above captioned action is DISMISSED.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

August 27, 2007

To: All Counsel